IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs, named herein through Exhibit A, file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

1

**Plaintiffs**

1. Plaintiffs, listed in attached Exhibit A, allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information, listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
|---|---|
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 7 | CARRIER GLOBAL CORPORATION |
| Defendant 8 | CHEMDESIGN PRODUCTS, INC |
| Defendant 9 | CHEMGUARD INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CHEMOURS COMPANY FC, LLC |
| Defendant 12 | CHUBB FIRE, LTD |
| Defendant 13 | CLARIANT CORP |
| Defendant 14 | CORTEVA, INC |
| Defendant 15 | DEEPWATER CHEMICALS, INC |

| | |
|---|---|
| Defendant 16 | DU PONT DE NEMOURS INC (f/k/a DOWDUPONT INC.) |
| Defendant 17 | DYNAX CORPORATION |
| Defendant 18 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 19 | KIDDE PLC |
| Defendant 20 | NATION FORD CHEMICAL COMPANY |
| Defendant 21 | NATIONAL FOAM INC |
| Defendant 22 | THE CHEMOURS COMPANY |
| Defendant 23 | TYCO FIRE PRODUCTS LP |
| Defendant 24 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 25 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.) |

**Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction based on:

    Diversity

    Federal Question

    The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    Other:_____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

### Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

    - Exposure to turnout gear ("TOG") containing PFAS.

### Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff, listed in Exhibit A, adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design
    Count II – Failure to Warn
    Count III – Negligence
    Count IV – Negligence Per Se
    Count V – Trespass and Battery
    Count VI – Strict Product Liability
    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII – Concealment, Misrepresentation, and Fraud
    Count IX – Conspiracy
    Count X – Wrongful Death
    Count XI – Loss of Consortium

    <u>Other Causes of Action:</u>
    Count XII – _____
    Count XIII – _____
    Count XIV – _____
    Count XV – _____
    Count XVI – _____
    Count XVII – _____
    Count XVIII – _____
    Count XIX – _____
    Count XX – _____
    Others
    _____
    _____
    _____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: 09/02/2025

Respectfully Submitted,

The ClaimBridge PLLC

/s/: _____

Michael A. Hochman Esq. 5411

McPherson Rd Ste. 110 Laredo, Texas

78041 Telephone: (956) 704-5187

Facsimile: (956) 368-1343

Attorney for Plaintiffs

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Zeoli, Michael George | 10/18/1953 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 2. | Zaporetsky, Christopher Jon | 04/08/1953 | MA | District of Massachusetts | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 3. | Zaporetsky Raya | | MA | District of Massachusetts | | | | | Count XI |
| 4. | Yount, Ricki Lynn | 03/15/1952 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 5. | Ybarra, Agapito | 07/03/1962 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 6. | Ybarra Maribel | | TX | Southern District of Texas | | | | | Count XI |
| 7. | Wright, Aaron DePaul | 03/22/1969 | PA | Middle District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-XI |
| 8. | Wright, Tara | | PA | Middle District of Pennsylvania | | | | | Count XI |
| 9. | Woolf, Sally Louise OBO Woolf, Michael Lee | 07/20/1951 | KY | Eastern District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 10. | Witt, Esther | 12/30/1960 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-XI |
| 11. | Wilson, Darrick Arthur | 04/25/1958 | DC | District of the District of Columbia | Yes | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 12. | Williams,Travious | 01/07/1963 | NY | Western District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |
| 13. | Johnson-Williams, Janice | | NY | Western District of New York | | | | | Count XI |
| 14. | Williams, Rebecca Ann OBO Williams Jr., Richard Jones | 12/25/1946 | MD | District of Maryland | No | Yes | No | Kidney Cancer | Counts I-XI |
| 15. | Williams, Rebecca | | MD | District of Maryland | | | | | Count XI |
| 16. | Williams, Deshone | 07/31/1972 | LA | Eastern District of Louisiana | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 17. | Johnson, Reginald | | LA | Eastern District of Louisiana | | | | | Count XI |
| 18. | Williams, Alicia | 08/03/1949 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 19. | Wilkins, Brenda | 05/15/1965 | WA | Western District of Washington | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 20. | Watson, Albert Leon | 10/18/1964 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 21. | Waters, Steve | 01/12/1959 | MA | District of Massachusetts | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 22. | Warren, James Gary | 05/18/1967 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 23. | Warner, James A. | 04/17/1960 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 24. | Ward, Ronald Jerome | 09/03/1966 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 25. | Vowell, Marie Ann | 05/23/1964 | VA | Eastern District of Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 26. | Velazquez, Phillip Junior | 02/28/1963 | GA | Northern District of Georgia | Yes | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 27. | Vazquez, Jose L. | 01/06/1962 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 28. | Vasquez, Luz I. | | MI | Eastern District of Michigan | | | | | Count XI |
| 29. | Turner, Luis | 09/19/1946 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 30. | Testa, Kenneth Michael | 10/12/1974 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 31. | Tedford Foreman, Carla Michele | 11/25/1961 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 32. | Taylor, Rodney Lynn | 10/14/1966 | CA | Central District of California | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 33. | Sweet-Sands, Jodi Beth | 07/20/1963 | FL | Middle District of Florida | No | Yes | No | Thyroid Disease, Ulcerative Colitis, High Cholesterol, Kidney Disease | Counts I-XI |
| 34. | Sweet, Daniel | | FL | Middle District of Florida | | | | | Count XI |
| 35. | Stiles, Theresa A. | 04/27/1978 | OK | Northern District of Oklahoma | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 36. | Steelman, Gary Lefter | 01/31/1938 | CA | Eastern District of California | Yes | Yes | No | Kidney Cancer, Bladder Cancer | Counts I-XI |
| 37. | Spruill, Tamara A. OBO Spruill, Bobby R. | 06/24/1950 | NC | Middle District of North Carolina | No | Yes | No | Thyroid Disease, Liver Cancer, Male Breast Cancer | Counts I-XI |
| 38. | Spruill, Tamara A. | | NC | Middle District of North Carolina | | | | | Count XI |
| 39. | Smith, Kathleen Rose | 11/14/1957 | OH | Southern District of Ohio | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 40. | Smith Sr., Lawrence E. | 07/18/0955 | LA | Middle District of Louisiana | No | Yes | No | Testicular Cancer, Ulcerative Colitis | Counts I-XI |
| 41. | Session, Larry James | 09/06/1960 | GA | Middle District of Georgia | No | Yes | No | Liver Cancer, Thyroid Cancer | Counts I-XI |
| 42. | Sesmundo Macadog, Warren Frank | 03/02/1972 | NV | District of Nevada | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 43. | Seidler, Tim Dean | 12/16/1948 | AZ | District of Arizona | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 44. | Saucier, Curtis James | 12/08/1982 | MS | Southern District of Mississippi | No | Yes | No | Kidney Cancer | Counts I-XI |
| 45. | Ryan, Donnie Niel | 01/02/1972 | AK | District of Alaska | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 46. | Rost, Randy Duane | 01/15/1963 | AZ | District of Arizona | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 47. | Rolff, Scott Laverne | 02/09/1965 | WI | Western District of Wisconsin | No | Yes | No | Liver Cancer, Testicular Cancer | Counts I-XI |
| 48. | Rodriguez Sr., Kenneth Joseph | 08/06/1956 | NY | Northern District of New York | Yes | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 49. | Roberts Sr., Justin H. | 06/06/1988 | IL | Northern District of Illinois | No | Yes | No | Testicular Cancer | Counts I-XI |
| 50. | Reese, Troy A. | 02/16/1968 | CA | Northern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 51. | Redstone, Lovene | 05/14/1959 | ND | District of North Dakota | No | Yes | No | Kidney Cancer | Counts I-XI |
| 52. | Ragsdale, Faye | 06/04/1964 | WA | Western District of Washington | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 53. | Ragsdale, Stephen William | | WA | Western District of Washington | | | | | Count XI |
| 54. | Radka, Dianna Lynn | 09/22/1957 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 55. | Price, Lisa Vasquez | 08/28/1960 | TX | Southern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 56. | Peterson, Rena Fern | 07/03/1969 | ND | District of North Dakota | No | Yes | No | Kidney Cancer, Thyroid Cancer, Ulcerative Colitis, Pregnancy Induced Hypertension, Thyroid Disease | Counts I-XI |
| 57. | Peck, Breta M. | 07/22/1952 | MO | Western District of Missouri | No | Yes | No | Kidney Cancer, Liver Cancer, High Cholesterol | Counts I-XI |
| 58. | Pauken, Mitzi Leigh | 09/18/1964 | AR | Western District of Arkansas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 59. | Patterson, Denise Lynette | 12/13/1959 | AL | Southern District of Alabama | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 60. | Pantan, Louiely Pascua | 06/07/1969 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-XI |

| # | Name | DOB | State | District | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 61. | Pantan, Leonora | | CA | Central District of California | | | | | Count XI |
| 62. | Ochoa, Andrew James | 04/12/1969 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 63. | O'Neal, Daniel Nelson | 04/06/1977 | LA | Western District of Louisiana | No | Yes | No | Liver Cancer | Counts I-XI |
| 64. | Nedom, Richard Arthur | 04/07/1949 | OK | Eastern District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 65. | Nedom, Phyllis | | OK | Eastern District of Oklahoma | | | | | Count XI |
| 66. | Neal, Robert G. | 07/27/1956 | AZ | District of Arizona | No | Yes | No | Kidney Cancer | Counts I-XI |
| 67. | Morris, Marian Hall | 08/31/1963 | GA | Northern District of Georgia | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 68. | Moore, Kathy Doreen | 12/16/1962 | GA | Middle District of Georgia | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 69. | Moore, Charles Von | | GA | Middle District of Georgia | | | | | Count XI |
| 70. | Monaco, Robert S. | 07/05/1957 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 71. | Monaco, Maryann | | FL | Southern District of Florida | | | | | Count XI |
| 72. | Merida, Seth Forester | 07/19/1992 | KY | Western District of Kentucky | No | Yes | No | Testicular Cancer | Counts I-XI |
| 73. | Melton, Carl | 08/26/1953 | NC | Middle District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 74. | Melton, Pamela Louder | | NC | Middle District of North Carolina | | | | | Count XI |
| 75. | Martinez, Ramona | 08/27/1964 | CA | Central District of California | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 76. | Martinez, Jerry Kevin | 08/25/1962 | CA | Central District of California | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 77. | Martinez, Lori | | CA | Central District of California | | | | | Count XI |
| 78. | Martin, Carolyn | 06/24/1952 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 79. | Marks-Brinckerhoff, Dolly | 12/29/1970 | PA | Eastern District of Pennsylvania | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 80. | Marez, Laura Raquel | 12/30/1973 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 81. | Lopez, Valerie | 03/29/1963 | TX | Western District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 82. | Malcom, Vincente | | TX | Western District of Texas | | | | | Count XI |
| 83. | Lariviere, Verne Erenst | 10/29/1956 | MA | District of Massachusetts | Yes | No | No | Kidney Cancer | Counts I-XI |
| 84. | Lariviere, Deborah | | MA | District of Massachusetts | | | | | Count XI |
| 85. | Lantzman, Kenneth William | 11/09/1950 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer, High Cholesterol, Prostate Cancer | Counts I-XI |
| 86. | Lantzman, Sharyn Glasser | | FL | Middle District of Florida | | | | | Count XI |
| 87. | Kuhlman, Kevan Deon | 02/26/1964 | AZ | District of Arizona | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 88. | Krasno, Andrea | 09/11/11958 | NC | Eastern District of North Carolina | No | Yes | No | Liver Cancer, High Cholesterol, Colon Cancer | Counts I-XI |
| 89. | Krantz, Wendy | 01/05/1962 | SC | District of South Carolina | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 90. | Krantz, Allen | | SC | District of South Carolina | | | | | Count XI |
| 91. | Kominek, Shaun Andrew | 09/30/2003 | NJ | District of New Jersey | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 92. | Keten, Kevin | 06/12/1959 | MN | District of Minnesota | No | Yes | No | Kidney Cancer | Counts I-XI |
| 93. | Kenney, Shakiya | 04/21/1988 | PA | Middle District of Pennsylvania | No | Yes | No | Thyroid Disease | Counts I-XI |
| 94. | Juarez, Victor lll. | 08/16/1984 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 95. | Jones, Isaac | 09/19/1965 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 96. | Johnson, John H. | 07/12/1955 | AL | Middle District of Alabama | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 97. | Jackson, Althea Vanessa | 08/21/1957 | NV | District of Nevada | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 98. | Isbell, Johnny J. | 07/16/1963 | WV | Northern District of West Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 99. | Huntsman, Wayne | 01/09/1968 | UT | District of Utah | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 100. | Horace, Harry Jr | 07/27/1947 | NC | Western District of North Carolina | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 101. | Cosner, Pamela Hyde | | NC | Western District of North Carolina | | | | | Count XI |
| 102. | Holt, Philip | 01/24/1959 | PA | Western District of Pennsylvania | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol, Prostate Cancer | Counts I-XI |
| 103. | Hines, John Bradford | 10/14/1956 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 104. | Hereau, Robert J. | 06/30/1951 | TN | Middle District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-XI |
| 105. | Hassler, Matthew Joseph OBO Hassler, Mary Ellen | 03/08/1952 | NJ | District of New Jersey | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 106. | Hassler, Matthew Joseph | | NJ | District of New Jersey | | | | | Count XI |
| 107. | Halbrook, Joseph D. | 07/16/1975 | CA | Eastern District of California | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 108. | Guigar, Edmund L. | 10/25/1957 | MI | Western District of Michigan | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 109. | Groccia, Steven Lewis | 05/02/1949 | MA | District of Massachusetts | No | Yes | No | Kidney Cancer, High Cholesterol, Prostate Cancer | Counts I-XI |
| 110. | Grijalva, Antoinette Marie | 11/29/1962 | CA | Eastern District of California | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 111. | Goodman, Sherri | 08/26/1967 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer, Thyroid Disease, Pregnancy Induced Hypertension | Counts I-XI |
| 112. | Gibson, Sandra Kay | 07/12/1962 | TN | Eastern District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-XI |
| 113. | Gibson, Ralph Marshall | | TN | Eastern District of Tennessee | | | | | Count XI |
| 114. | Geving, Rana S. | 07/20/1961 | MN | District of Minnesota | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 115. | Geddis, Franklin Quintero | 10/15/1977 | SC | District of South Carolina | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 116. | Geary, Tracy | 07/18/1961 | IA | Southern District of Iowa | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 117. | Garcia, Oleta Kay | 05/05/1948 | AZ | District of Arizona | No | Yes | No | Ulcerative Colitis, Pregnancy Induced Hypertension, High Cholesterol | Counts I-XI |
| 118. | Garcia, Oleta Kay | | AZ | District of Arizona | | | | | Count XI |
| 119. | Frank, Shawn Michael | 01/06/1974 | IA | Southern District of Iowa | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 120. | Frank, Tammy | | IA | Southern District of Iowa | | | | | Count XI |
| 121. | Fox, David Lamar | 10/03/1956 | AL | Northern District of Alabama | No | Yes | No | Kidney Cancer | Counts I-XI |
| 122. | Fox, Rita Marie | | AL | Northern District of Alabama | | | | | Count XI |
| 123. | Ferrera, Aldo R. | 08/09/1994 | NY | Western District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |
| 124. | Feldman, David Foster | 10/31/1946 | MS | Southern District of Mississippi | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 125. | Feldman, Delores | | MS | Southern District of Mississippi | | | | | Count XI |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 126. | Everett, Thomas Leo | 04/13/1981 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer | Counts I-XI |
| 127. | Elkins, Dale E. | 09/28/1965 | MO | Western District of Missouri | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 128. | De Leon, Oscar | 11/19/1972 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 129. | De Leon, Grace E. | | TX | Western District of Texas | | | | | Count XI |
| 130. | Davis, Wilfred | 05/17/1955 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 131. | Davis, Jacqueline | | NC | Eastern District of North Carolina | | | | | Count XI |
| 132. | Davis, Jason | 07/07/1974 | OK | Northern District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 133. | Crumbey Jr., Carl F. | 10/31/1953 | MI | Eastern District of Michigan | Yes | No | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 134. | Crumbey, Brenda | | MI | Eastern District of Michigan | | | | | Count XI |
| 135. | Clark, Henry Victor | 03/02/1962 | CA | Central District of California | No | Yes | No | Testicular Cancer, Thyroid Disease | Counts I-XI |
| 136. | Carter III, Sherman A. | 10/29/1970 | IL | Central District of Illinois | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 137. | Carr, Jaime Eileen | 09/30/1962 | CA | Southern District of California | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 138. | Carpenter, Michael Emmett | 10/17/1945 | MD | District of Maryland | No | Yes | No | Kidney Cancer | Counts I-XI |
| 139. | Carpenter, Marilyn | | MD | District of Maryland | | | | | Count XI |
| 140. | Carpenter, Eric Richard | 12/21/1958 | NY | Western District of New York | No | Yes | No | Liver Cancer | Counts I-XI |
| 141. | Candelaria, SandyAnn | 12/06/1962 | NM | District of New Mexico | No | Yes | No | Liver Cancer, High Cholesterol | Counts I-XI |
| 142. | Bush-Fisher, Tina | 07/27/1964 | TN | Western District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-XI |
| 143. | Burzynski, Ellen Ann OBO Burzynski, Leonard M. | 02/05/1950 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer, High Cholesterol, Prostate Cancer | Counts I-XI |
| 144. | Burgess, Sylvester | 11/02/1960 | SC | District of South Carolina | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 145. | Burger, Lorena Kay | 01/16/1950 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 146. | Burger, Jerald Martin | | TX | Western District of Texas | | | | | Count XI |
| 147. | Boone, John | 03/27/1949 | KY | Eastern District of Kentucky | No | Yes | No | Liver Cancer, Prostate Cancer | Counts I-XI |
| 148. | Boisvert, Paul Michael | 02/24/1980 | FL | Middle District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 149. | Boisvert, Tennayeh Kathy | | FL | Middle District of Florida | | | | | Count XI |
| 150. | Bennett, Thomas T. | 02/06/1965 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |